No. 03–8723. SUTTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8724. REYNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8725. RICO-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8726. SANTILLANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8729. FERNANDEZ *v.* PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8733. ESPINOZA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–8738. RUIZ-AHUMADA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8739. LEKAS *v.* BATTLES, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 03–8746. ROUNTREE *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 03–8747. BEAVER *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–8749. ESTEPP *v.* WEST VIRGINIA. Cir. Ct. Cabell County, W. Va. Certiorari denied.

No. 03–8753. MCFARLAND *v.* UNITED STATES; and
No. 03–8989. WILSON, AKA BLACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8754. ABDELSAMED *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–8755. WINDHAM *v.* RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8776. LA FRANK *v.* ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.